KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00518 WHA |
|    Plaintiff, ) | PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER ~~CONTINUING STATUS HEARING~~ EXCLUDING TIME |
|    v. ) | |
| LARRY BROWN, ) | |
|    Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties initially appeared on the instant matter on September 19, 2005 for defendant's initial appearance and arraignment on the indictment.

   2. The matter was set for the next day, September 20, 2005, for an initial appearance before this Court.

   3. At the September 20, 2005 appearance, Assistant Federal Public Defender Ronald Tyler, who represents the defendant, requested a continuance from September 20, 2005 until October 4, 2005, based upon effective preparation of counsel.  The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act.

STIPULATION AND ~~PROPOSED~~ ORDER
CR 05-00194 CRB

1   4. In light of the foregoing facts, the failure to grant the requested exclusion would
2   unreasonably deny counsel for the defense the reasonable time necessary for effective
3   preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
4   (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
5   These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
6   3161(h)(8)(A).
7   5. For the reasons stated, the time period from September 20, 2005 until October 4, 2005
8   shall be excluded from the calculation of time under the Speedy Trial Act.
9   SO STIPULATED.
10  DATED:   9/20/05              Respectfully Submitted,

                                  _____/s/_____
                                  MICHELLE MORGAN-KELLY
                                  Assistant United States Attorney

    DATED:   9/21/05

                                  _____/s/_____
                                  RONALD TYLER
                                  Counsel for Defendant Larry Brown

    PURSUANT TO STIPULATION, IT IS SO ORDERED.


    DATED: September 26, 2005     _____
                                  HON. WILLIAM H. ALSUP
                                  United States District Court Judge

STIPULATION AND PROPOSED ORDER
CR 05-00518 WHA                        2