```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY BROWN,<br><br>    Defendant. | No.: CR 05-00518 WHA<br><br>PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER ~~CONTINUING STATUS HEARING~~ EXCLUDING TIME |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter on October 4, 2005.

    2. Assistant Federal Public Defender Ronald Tyler, who represents the defendant, requested additional time to conduct a factual investigation to determine whether a suppression motion would be appropriate. Accordingly, the Court set a deadline of October 25, 2005 for the filing of all defense motions. Defense counsel moved that this same time period be excluded from the calculation of time under the Speedy Trial Act to allow for adequate preparation of counsel.

    4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective

STIPULATION AND PROPOSED ORDER
CR 05-00518 WHA

1  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
2  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
3  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
4  3161(h)(8)(A).
5      5. For the reasons stated, the time period from October 4, 2005 until October 25, 2005 shall
6  be excluded from the calculation of time under the Speedy Trial Act.
7      SO STIPULATED.
8  DATED:     10/4/05              Respectfully Submitted,

11  _____/s/_____
   MICHELLE MORGAN-KELLY
   Assistant United States Attorney

12  DATED:     10/6/07

14  _____/s/_____
   RONALD TYLER
   Counsel for Defendant Larry Brown

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  DATED: October 13, 2005

19  _____
   HON. WILLIAM H. ALSUP
   United States District Court Judge

28  STIPULATION AND PROPOSED ORDER
CR 05-00518 WHA                         2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER
CONTINUING STATUS HEARING**

in the case of **UNITED STATES V. LARRY BROWN, CR 05-00518 WHA** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Ron Tyler
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102**

  X   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    October 7, 2005

                                              /s/
                                    RAWATY YIM
                                    United States Attorney's Office