KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05 00518 WHA |
|     Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] **ORDER AND NOTICE OF DISMISSAL** |
| LARRY BROWN, ) | |
|     Defendant. ) | (San Francisco Venue) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and requests that defendant be released from the custody of the Federal Bureau

//

//

//

//

NOTICE OF DISMISSAL
05-00518 WHA

of Prisons with respect to these charges.

DATED: November 7, 2005                                        Respectfully submitted,

                                                       KEVIN V. RYAN
                                                     United States Attorney

                                             _____/s/_____
                                             MICHELLE MORGAN-KELLY
                                             Assistant U.S. Attorney

      Leave is granted to the government to dismiss the indictment, and defendant is hereby ordered released from the custody of the Federal Bureau of Prisons with respect to these charges.

      SO ORDERED.

Date: November 8, 2005

                                             The Hon. William H. Alsup
                                             United States District Court Judge